





UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **DOCKET NO. 2:05 CR 20154-001** |
| **VS.** | : | **JUDGE MINALDI** |
| **GREGORY HARRISON**<br>**Date of Previous Judgment: July 6, 2006** | : | **MAGISTRATE JUDGE KAY**<br>**USM No: 12757-035** |

## AMENDED JUDGMENT

Upon the motion of the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. §994(u), and having considered such motion,

**IT IS ORDERED** that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 24 months **is reduced to 20months.**

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to any departures)

| | |
|---|---|
| Previous Offense Level: 21 | Amended Offense Level: 19 |
| Criminal History Category: I | Criminal History Category: I |
| Previous Guideline Range: 37 to 46 months | Amended Guideline Range: 30 to 37 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

The previous term of imprisonment was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure, and the reduced sentence is comparably less than the amended guideline range.

Except as provided above, all provisions of the Judgment dated April 20, 2006 shall remain in effect. This sentence reduction is subject to the prohibition that reduced term of imprisonment may not be less than the term of imprisonment that the defendant has previously served. U.S.S.G.1B1.10(b)(2)(C).

**IT IS ORDERED** that the parties have ten (10) days from the date of this Judgment to file any objections which will be considered as contemporaneous objections for the record. In the absence of any objections, this Order

will be considered final in ten (10) days from the date of this Order.

Lake Charles, Louisiana, this 3rd day of March, 2008.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE

cc: USM-LC
USP-LC
FPD
Walker